# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Dominion Virginia Power )        ASBCA No. 60383
)
Under Contract No. SP0600-04-C-8253 )

APPEARANCE FOR THE APPELLANT:        Albert B. Krachman, Esq.
                                     Blank Rome LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                       Air Force Deputy Chief Trial Attorney
                                       Erika L. Whelan Retta, Esq.
                                       Christopher M. McNulty, Esq.
                                       Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE STEMPLER

It is the Board's decision, pursuant to 41 U.S.C. § 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained as indicated in the parties 23 December 2016 settlement agreement. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,460,216. This amount is inclusive of interest. No further interest shall be paid.

Dated: 10 January 2017

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60383, Appeal of Dominion Virginia Power, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals